| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | TERESA N. BURLISON (CA SBN 230854) |
| 2 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
|   | E-mail:  kkuwayti@mofo.com |
| 5 |           tburlison@mofo.com |
| 6 | SHEILA L. O'CONNOR (CA SBN 187520) |
|   | 786D Sanches Street |
| 7 | San Francisco, California  94129 |
|   | Telephone: 415.440.6968 |
| 8 | E-mail:  sheilalaveryoconnor@yahoo.com |
| 9 | Attorneys for Plaintiff |
|   | NOEL J. SHUMWAY, ESQ. (SBN 142897) |
| 10 | PATRICK C. WILSON, ESQ.  (SBN 100487) |
|   | SCHOOL AND COLLEGE LEGAL SERVICES OF |
| 11 | CALIFORNIA |
|   | 5350 Skylane Boulevard |
| 12 | Santa Rosa, California  95403 |
|   | Telephone:  (707) 524-2690 |
| 13 | Facsimile:  (707) 578-0517 |
| 14 | Attorneys for Defendant |
|   | THE SAN FRANCISCO UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN I., by and through his Guardian ad Litem ELIZABETH I., ELIZABETH I. AND PABLO I., <br><br> Plaintiff, <br><br> v. <br><br> SAN FRANCISCO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C07-01455 SC <br><br> **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE ALL DEADLINES PENDING SETTLEMENT EFFORTS** |

Plaintiff John I., by and through his Guardian ad Litem Elizabeth I., Elizabeth I. and Pablo I., ("Plaintiff") and Defendant The San Francisco Unified School District ("Defendant") (collectively referred to as the "Parties"), hereby stipulate to the following:

**RECITALS**

WHEREAS, Plaintiff filed a Complaint for Violation of the Individuals with Disabilities Education Act against Defendant on March 13, 2007;

WHEREAS, Defendant filed an answer to Plaintiff's Complaint on April 18, 2007;

WHEREAS, the Parties mediated this case on May 15, 2007 and reached a tentative settlement agreement;

WHEREAS, the Parties continue to work in good faith towards achieving final settlement of this matter.

WHEREAS, the Court has scheduled the Initial Case Management Conference in this case for July 27, 2007.

WHEREAS, the Parties wish to prevent the unnecessary expenditure of Court resources while they attempt to resolve this matter, and thus have agreed to continue all deadlines, including the case scheduling requirements pursuant to Federal Rule of Civil Procedure 26, for a period of forty-five (45) days as set forth below;

Accordingly, subject to Court approval, IT IS HEREBY STIPULATED BY THE PARTIES as follows:

**STIPULATION**

1. The Initial Case Management Conference shall be continued until September 10, 2007, or as soon thereafter as the Court may order; and

2. All of the scheduling deadlines under Federal Rule of Civil Procedure 26 shall be continued and shall be determined based upon the new Initial Case Management Conference date assigned by the Court.

| | | |
|---|---|---|
| 1 | Dated:  June 22, 2007 | SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA |
| 2 | | |
| 3 | | By: /s/ Patrick C. Wilson |
| 4 | | Patrick C. Wilson<br>Attorney for Defendant |
| 5 | | SAN FRANCISCO UNIFIED SCHOOL DISTRICT |

MORRISON & FOERSTER

Dated:  June 26, 2007        By: /s/ Teresa N. Burlison
                                  Teresa N. Burlison, Esq.
                                  Attorney for Plaintiff
                                  JOHN I., by and through his Guardian ad Litem,
                                  ELIZABETH I., ELIZABETH I. AND PABLO I.

I, KENNETH A. KUWAYTI, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES PENDING SETTLEMENT EFFORTS.  In compliance with General Order 45, X.B., I hereby attest that PATRICK C. WILSON has concurred in this filing.

Dated:  June 26, 2007        KENNETH A. KUWAYTI
                              TERESA N. BURLISON
                              MORRISON & FOERSTER LLP


                              By: /s/ Kenneth A. Kuwayti
                                     KENNETH A. KUWAYTI

                              Attorneys for Plaintiff
                              JOHN I., by and through his Guardian ad Litem, ELIZABETH I., ELIZABETH I. AND PABLO I.

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Initial Case Management Conference shall be continued until September 21, 2007, and that all of the scheduling deadlines under Federal Rule of Civil Procedure 26 shall be determined based upon the new Initial Case Management Conference date.

DATED: July 2, 2007

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

Hon.
United … rt for the
North … rnia