Patrick C. Wilson, SBN 100487
pwilson@sclscal.org
SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA
5350 Skylane Boulevard
Santa Rosa, California 95403
Phone: 707-524-2690
Fax: 707-578-0517

Attorneys for Defendant
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| John I., by and through his Guardian ad Litem Elizabeth I., Elizabeth I., and Pablo I.,<br><br>Plaintiff,<br><br>vs.<br><br>San Francisco Unified School District,<br><br>Defendant. | CASE NO. C 07-01455 SC<br><br>REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER |

TO THE COURT AND ALL PARTIES:

Defendant SAN FRANCISCO UNIFIED SCHOOL DISTRICT makes the following request for the substitution of counsel in this matter:

1. Former legal counsel:  Patrick C. Wilson, SBN 100487
   SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA
   5350 Skylane Boulevard
   Santa Rosa, California 95403
   Phone: 707-524-2690
   Fax: 707-578-0517

2. New legal counsel:  Kimberly A. Smith, SBN 176659
   ksmith@fagenfriedman.com
   FAGEN FRIEDMAN & FULFROST
   6300 Wilshire Boulevard, Suite 1700
   Los Angeles, California 90048
   Phone: 323-330-6300
   Fax: 323-330-6311

1  I consent to this substitution:

2  DATED: August 3, 2007            SAN FRANCISCO UNIFIED SCHOOL DISTRICT

3

4                                   By: _____
                                        Miguel Marquez
5                                       General Counsel
                                        San Francisco Unified School District

6  I consent to this substitution:

7  DATED: August 6, 2007            SCHOOL AND COLLEGE LEGAL SERVICES
                                    OF CALIFORNIA
8

9                                   By: _____
10                                      Patrick C. Wilson
                                        Former legal counsel for Defendant
11                                      San Francisco Unified School District

12 I consent to this substitution:

13 DATED: August 2, 2007            FAGEN FRIEDMAN & FULFROST, LLP

14

15                                  By: _____
16                                      Kimberly A. Smith
                                        Proposed legal counsel for Defendant
17                                      San Francisco Unified School District

18

19

20

21

22

23

24

25

26

27

28

2                                                                  C 07-01455 SC
REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

| 11 | John I., by and through his Guardian ad Litem Elizabeth I., Elizabeth I., and Pablo I., | CASE NO. C 07-01455 SC |
| 12 | | [PROPOSED] ORDER |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | San Francisco Unified School District, | |
| 16 | Defendant. | |

17
18        The Court has received and reviewed the request by Defendant SAN FRANCISCO
19 UNIFIED SCHOOL DISTRICT for a substitution of its counsel of record in this action and hereby
20 ORDERS that counsel for the Defendant forthwith shall be Kimberly A. Smith of Fagen Friedman
21 & Fulfrost, 6300 Wilshire Boulevard, Suite 1700, Los Angeles, California 90048, telephone: (323)
22 330-6300 and facsimile: (323) 330-6311.
23
24 DATED: __8/13/07__
25
                                        _____
26                                      District Judge, United States District Court
                                        for the Northern District of California
27                                      [Stamp: IT IS SO ORDERED / Judge Samuel Conti]
28

C 07-01455 SC

[PROPOSED] ORDER