1  Kenneth Alexander Kuwayti
   kkuwayti@mofo.com
2  Teresa Neet Burlison
   tburlison@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, CA  94304
   Telephone: 650-813-5600
5  Facsimile: 650-494-0792

6  Sheila L. O'Connor, SBN 187520
   sheilalaveryoconnor@yahoo.com
7  786D Sanches Street
   San Francisco, California  94129
8  Telephone: 415-440-6968
   *Attorneys for Plaintiff John I., by and through his Guardian ad*
9  *Litem Elizabeth I., Elizabeth I., and Pablo I.*

10 Howard A. Friedman, SBN 61187
   hfriedman@fagenfriedman.com
11 Kimberly A. Smith, SBN 176659
   ksmith@fagenfriedman.com
12 FAGEN FRIEDMAN & FULFROST, LLP
   6300 Wilshire Boulevard, Suite 1700
13 Los Angeles, California  90048
   Telephone: 323-330-6300
14 Facsimile: 323-330-6311
   *Attorneys for Defendant San Francisco Unified*
15 *School District*

16              **UNITED STATES DISTRICT COURT**

17      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

18

| 19 | John I., by and through his Guardian ad Litem Elizabeth I., Elizabeth I., and Pablo I., | CASE NO. C 07-1455 SC |
|---|---|---|
| 20 | Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** |
| 21 | | |
| 22 | vs. | [Civil Local Rules 6-2; 7-12] |
| 23 | San Francisco Unified School District, | |
| 24 | Defendant. | |

25

26        Pursuant to United States District Court Northern District Civil Local Rules 6-2 and 7-12,

27 the parties to the above-captioned action submit this stipulation to request an order changing the

28 time of the case management conference and related deadlines in this matter as follows:

00239.00106/36974.1                                                                C 07-1455 SC
STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER

1   Whereas, on March 13, 2007, Plaintiff filed his Complaint in this matter;

2   Whereas, on March 13, 2007, the Court issued its Order Setting Initial Case Management
3   Conference and ADR Deadlines, which set an initial case management conference on July 27,
4   2007, with related deadlines;

5   Whereas, on April 18, 2007, Defendant filed its Answer;

6   Whereas, on May 15, 2007, the parties mediated this case and reached a tentative
7   settlement agreement;

8   Whereas, on June 26, 2007, the parties filed a request to continue the case management
9   conference to September 10, 2007, or as soon thereafter as may be ordered by the Court;

10  Whereas, on June 27, 2007, the parties executed an Amendment to Compromise and
11  Release Agreement to extend the time period during which a nonpublic school placement could be
12  secured and agreed to by the parties to August 17, 2007;

13  Whereas, on July 2, 2007, the Court issued its Order To Continue All Deadlines Pending
14  Settlement Efforts, which continued the Initial Case Management Conference to September 21,
15  2007 with all scheduling deadlines under Federal Rule of Civil Procedure 26 to be determined
16  based upon that date;

17  Whereas, the parties continue to work in good faith towards achieving final settlement of
18  this matter and wish to prevent the unnecessary expenditure of the Court's resources while they
19  attempt to do so, and thus have agreed to continue all deadlines;

20  Whereas, the effect of the stipulated time modifications will be limited in the form of a
21  sixty (60) day continuance of the Case Management Conference and all related dates as set forth
22  below;

23  The parties hereto stipulate as follows:

24  **STIPULATION**

25  1.   The Case Management Conference shall be continued until November 26, 2007, or
26  as soon thereafter as the Court may order; and

27  2.   All of the scheduling deadlines under Federal Rule of Civil Procedure 26 shall be
28  continued and shall be determined based upon the new Initial Case Management Conference date

1 | assigned by the Court.

2 | THE PARTIES SO STIPULATE:

DATED: August 16, 2007          MORRISON & FOERSTER LLP

By: _____
Teresa N. Burlison
Attorneys for Plaintiff JOHN I., by and through
his Guardian ad Litem ELIZABETH I.,
ELIZABETH I., and PABLO I.,

DATED: August 16, 2007          FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Kimberly A. Smith
Attorneys for Defendant San Francisco Unified
School District

I, KIMBERLY A. SMITH, am the ECF User whose ID and password are being used to file this STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that SHEILA L. O'CONNOR has concurred in this filing.

DATED: August 16, 2007          FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Kimberly A. Smith
Attorneys for Defendant San Francisco Unified
School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| John I., by and through his Guardian ad Litem Elizabeth I., Elizabeth I., and Pablo I.,<br><br>Plaintiff,<br><br>vs.<br><br>San Francisco Unified School District,<br><br>Defendant. | CASE NO. C 07-1455 SC<br><br>[PROPOSED] ORDER<br><br>[Civil Local Rules 6-2; 7-12] |

Pursuant to the STIPULATED REQUEST FOR ORDER CHANGING TIME, IT IS HEREBY ORDERED that the Initial Case Management Conference shall be continued until December 7, 2007 at 10:00 A.M._____, and that all of the scheduling deadlines under Federal Rule of Civil Procedure shall be determined based upon the new the Initial Case Management Conference date.

DATED: August 16, 2007

_____
District Judge [signature: Judge Samuel Conti] District Court
for the Northern District of California

IT IS SO ORDERED

00239.00106/36974.1                                                                 C 07-1455 SC
STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER