1  KENNETH A. KUWAYTI (CA SBN 145384)
   TERESA N. BURLISON (CA SBN 230854)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone:   650.813.5600
4  Facsimile:   650.494.0792
   E-mail:      kkuwayti@mofo.com
5               tburlison@mofo.com

6  SHEILA L. O'CONNOR (CA SBN 187520)
   786D Sanches Street
7  San Francisco, California 94129
   Telephone:   415.440.6968
8  E-mail:      sheilalaveryoconnor@yahoo.com

9  *Attorneys for Plaintiff John I., by and through his Guardian ad*
   *Litem Elizabeth I., Elizabeth I., and Pablo I.*
10

11 HOWARD A. FRIEDMAN, (CA SBN 61187)
   KIMBERLY A. SMITH, (CA SBN 176659)
12 FAGEN FRIEDMAN & FULFROST, LLP
   6300 Wilshire Boulevard, Suite 1700
13 Los Angeles, California 90048
   Telephone:   323.330.6300
14 Facsimile:   323.330.6311
   Email:       hfriedman@fagenfriedman.com
15              ksmith@fagenfriedman.com

16 *Attorneys for Defendant San Francisco Unified*
   *School District*
17

18                    UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

20

21 | John I., by and through his Guardian ad Litem     | CASE NO. C 07-1455 SC
   | Elizabeth I., Elizabeth I., and Pablo I.,         |
22 |                                                   | **STIPULATION OF DISMISSAL WITH**
   |              Plaintiff,                           | **PREJUDICE; [PROPOSED] ORDER**
23 |                                                   |
   |        vs.                                        | [Fed.R.Civ. Proc. 41(a)(1)]
24 |                                                   |
   | San Francisco Unified School District,            |
25 |                                                   |
   |              Defendant.                           |
26

27

28 Plaintiffs John I., by and through his *Guardian ad Litem* Elizabeth I., Elizabeth I., and Pablo I. and

                                                                                          C 07-1455 SC
                    STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
pa-1191348

1  Defendant San Francisco Unified School District, by and through its counsel, hereby stipulate and
2  agree to dismissal with prejudice of all of the claims brought in the above-captioned action.
3  AGREED TO BY STIPULATION.

4  DATED: September 5, 2007          MORRISON & FOERSTER LLP
5

6                                     By: _____Teresa N. Burlison_____
7                                          Teresa N. Burlison
                                           Attorneys for Plaintiff JOHN I., by and through
8                                          his Guardian ad Litem ELIZABETH I.,
                                           ELIZABETH I., and PABLO I.,
9

10 DATED: September 5, 2007          FAGEN FRIEDMAN & FULFROST, LLP
11

12                                     By: _____Kimberly A. Smith_____
                                           Kimberly A. Smith
13                                         Attorneys for Defendant San Francisco Unified
                                           School District
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2                              C 07-1455 SC
         STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
pa-1191348

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| John I., by and through his Guardian ad Litem Elizabeth I., Elizabeth I., and Pablo I.,<br><br>Plaintiff,<br><br>vs.<br><br>San Francisco Unified School District,<br><br>Defendant. | CASE NO. C 07-1455 SC<br><br>[PROPOSED]<br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>Fed.R.Civ. Proc. 41(a)(1)] |

Pursuant to the STIPULATION OF DISMISSAL WITH PREJUDICE, IT IS HEREBY ORDERED that all of the claims brought in the above-captioned action are hereby dismissed in their entirety with prejudice.

DATED: 9/7/07 _____



_____
District Judge [IT IS SO ORDERED] District Court
for the Northern District of California
Judge Samuel Conti

C 07-1455 SC

STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

pa-1191348